[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 11-15463
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JUNE 8, 2012
JOHN LEY
CLERK

D.C. Docket No. 9:11-cr-80127-WPD-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LAURENCE HOUGHTON,
a.k.a Lawrence Bradlee Houghton

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(June 8, 2012)

Before MARCUS, WILSON and BLACK, Circuit Judges.

PER CURIAM:

Neal Gary Rosensweig, appointed counsel for Laurence Houghton in this

direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Houghton's convictions and sentences are **AFFIRMED**.